NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

--------------------

**ADDIE E. DIXON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

--------------------

2014-7050

--------------------

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-229, Chief Judge Bruce E. Kasold.

--------------------

**ON MOTION**

--------------------

**O R D E R**

Addie E. Dixon moves for a 30-day extension of time to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Dixon's brief is due within 30 days of the date of this order.

2                                  DIXON v. SHINSEKI


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s27